IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DARNELL W. MOON,** | ) |
| Petitioner, | ) |
| vs. | ) Civil No.   12-cv-1152-CJP |
| **J. S. WALTON,** | ) |
| Respondent. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 30), the petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 is **DISMISSED WITHOUT PREJUDICE**.

Judgment is entered in favor of respondent J. S. Walton and against petitioner Darnell W. Moon.

DATED:   February 27, 2014

NANCY J. ROSENSTENGEL, CLERK

BY: s/Brenda K. Lowe
     Deputy Clerk

Approved by s/ Clifford J. Proud
        Clifford J. Proud
        U.S. Magistrate Judge